# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

SCHREIBER FOODS,
                Plaintiff,

v.                                             Case No. 07-CV-255

WHITEHALL SPECIALTIES, INC.,
                Defendant.

## ORDER RETURNING CASE

On October 12, 2007, a settlement conference was conducted in this action. The mediation did not result in resolution of the plaintiff's claims.

Accordingly, this action is referred back to the Honorable William C. Griesbach for further proceedings. This court shall undertake further negotiations with the parties if so deemed by Judge Griesbach.

SO ORDERED.

Dated at Milwaukee, Wisconsin, this 12th day of October, 2007.

                                      BY THE COURT:

                                      s/AARON E. GOODSTEIN
                                      United States Magistrate Judge