UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

SCHREIBER FOODS, INC.,

       Plaintiff,

  vs.

WHITEHALL SPECIALTIES, INC.,

       Defendant.

Case No. 07-C-255

---

**ORDER REGARDING EXTENSION
OF TIME TO FILE *MARKMAN* BRIEF**

---

Based upon the parties' Joint Motion dated January 14, 2008, the November 7, 2007 Scheduling Order is amended as follows:

1.    The parties will file and exchange opening *Markman* briefs containing contentions regarding claims infringed and constructions for those claims on March 2, 2008.

2.    The parties will file and exchange responsive *Markman* briefs on May 1, 2008.

3.    The parties will file and exchange reply *Markman* briefs on May 21, 2008.

**SO ORDERED** this __15th__ day of January, 2008.

                                              **BY THE COURT**

                                          **s/ William C. Griesbach**
                                          WILLIAM C. GRIESBACH
                                          U.S. District Judge